```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 11585
   ROBERT HOLLINS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2972

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/07/2008 and was not confirmed.

     The case was dismissed without confirmation 06/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------

PRO SE DEBTOR         DEBTOR ATTY             .00                          .00
TOM VAUGHN            TRUSTEE                                              .00
DEBTOR REFUND         REFUND                                               .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------      --------------
TOTALS                         .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```